MARGARET A. MCLETCHIE, Nevada Bar No. 10931
ALINA M. SHELL, Nevada Bar No. 11711
**MCLETCHIE LAW**
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff Todd Evans*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TODD EVANS,

    Plaintiff,

vs.

JAMES DZURENDA, *et al.*,

    Defendants.

Case No.: 3:18-cv-00283-RCJ-WGC

**STIPULATION AND ORDER TO EXTEND THE BRIEFING SCHEDULE**
**(ECF No. 29)**

**(FIRST REQUEST)**



Pursuant to LR IA 6-1, Plaintiff TODD EVANS and Defendants JAMES DZURENDA, ROMEO ARANAS, JOHN KEAST, DR. JONES, and DR. MAR (collectively "Defendants"), by and through their respective counsel, hereby stipulate and request that this Court extend the deadline to file Opening Briefs (ECF No. 29) by an additional fourteen (14) days, extending the deadline from February 14, 2020 to February 28, 2020. Parties further stipulate that the deadline for any responses shall be extended by two weeks from March 6, 2020 (ECF No. 29) until March 20, 2020. This is the first stipulation for extension of time for parties to file their Opening Briefs.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Plaintiff TODD EVANS initiated this request due to her scheduling conflicts limiting her ability to timely file his Opening Brief.

1

WHEREFORE, the parties respectfully request that this Court extend the deadline to file Opening Briefs (ECF No. 29) to up to and including February 28, 2020 and any Responses to be filed by March 20, 2020.

IT IS SO STIPULATED.

DATED this 11th day of February, 2020.          DATED this 11th day of February, 2020.

**MCLETCHIE LAW**                                **ATTORNEY GENERAL'S OFFICE**

*/s/ Alina M. Shell*                             */s/ Douglas R. Rands*
Margaret A. McLetchie, NBN 10931                 Aaron D. Ford, Nevada Attorney General
Alina M. Shell, NBN 11711                        Douglas R. Rands, Nevada Bar No. 3572
701 E. Bridger Ave., Suite 520                   100 N. Carson Street
Las Vegas, NV 89101                              Carson City, Nevada 89701-4717
*Attorneys of Plaintiff Todd Evans*              *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

HONORABLE WILLIAM G. COBB

DATED: February 12, 2020