MARGARET A. MCLETCHIE, Nevada Bar No. 10931
ALINA M. SHELL, Nevada Bar No. 11711
**MCLETCHIE LAW**
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff Todd Evans*



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TODD EVANS, | Case No.: 3:18-cv-00283-RCJ-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND THE BRIEFING SCHEDULE** |
| JAMES DZURENDA, *et al.*, | **(ECF No. 31)** |
| Defendants. | **(SECOND REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff TODD EVANS and Defendants JAMES DZURENDA, ROMEO ARANAS, JOHN KEAST, DR. JONES, and DR. MAR (collectively "Defendants"), by and through their respective counsel, hereby stipulate and request that this Court extend the deadline to file Opening Briefs (ECF No. 31) by an additional twenty-one (21) days, extending the deadline from February 28, 2020 to March 20, 2020. Parties further stipulate that the deadline for any responses shall be extended by three weeks from March 20, 2020 (ECF No. 31) until April 10, 2020. This is the second stipulation for extension of time for parties to file their Opening Briefs.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Plaintiff TODD EVANS initiated this request due to conflicting deadlines in other cases. Specifically, counsel Alina M. Shell is counsel in *In Re: D.O.T.*

*Litigation* (Eighth Judicial District Court Case No. A-19-787004-B). The court presiding over *In Re: D.O.T. Litigation* has set a discovery deadline of March 13, 2020, and scheduled trial for April 20, 2020. The demands of completing discovery in this multi-party consolidated case in advance of trial has interfered with counsel's ability to complete the opening brief in this matter. Accordingly, counsel requires additional time to adequately represent Mr. Evans' interests in this matter.

WHEREFORE, the parties respectfully request that this Court extend the deadline to file Opening Briefs (ECF No. 31) to up to and including March 20, 2020 and any Responses to be filed by April 3, 2020.

IT IS SO STIPULATED.

DATED this 26th day of February, 2020.        DATED this 26th day of February, 2020.

**MCLETCHIE LAW**                              **ATTORNEY GENERAL'S OFFICE**


*/s/ Alina M. Shell*                           */s/ Douglas R. Rands*
Margaret A. McLetchie, NBN 10931               Aaron D. Ford, Nevada Attorney General
Alina M. Shell, NBN 11711                      Douglas R. Rands, Nevada Bar No. 3572
701 E. Bridger Ave., Suite 520                 100 N. Carson Street
Las Vegas, NV 89101                            Carson City, Nevada 89701-4717
*Attorneys of Plaintiff Todd Evans*            *Attorneys for Defendants*


**ORDER**

IT IS SO ORDERED.


HONORABLE JUDGE WILLIAM G. COBB
U.S. MAGISTRATE JUDGE

DATED:        February 27, 2020