MARGARET A. MCLETCHIE, Nevada Bar No. 10931
ALINA M. SHELL, Nevada Bar No. 11711
**MCLETCHIE LAW**
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff Todd Evans*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA



| | |
|---|---|
| TODD EVANS,<br><br>       Plaintiff,<br><br>vs.<br><br>JAMES DZURENDA, *et al.*,<br><br>       Defendants. | Case No.: 3:18-cv-00283-RCJ-WGC<br><br>**STIPULATION AND ORDER TO EXTEND THE BRIEFING SCHEDULE**<br>**(ECF No. 33)**<br><br>**(THIRD REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff TODD EVANS and Defendants JAMES DZURENDA, ROMEO ARANAS, JOHN KEAST, DR. JONES, and DR. MAR (collectively "Defendants"), by and through their respective counsel, hereby stipulate and request that this Court extend the deadline to file Opening Briefs (ECF No. 33) by an additional thirty (30) days, extending the deadline from March 20, 2020 to April 20, 2020. Parties further stipulate that the deadline for any responses shall be extended by twenty-eight (28) days from April 10, 2020 (ECF No. 33) until May 8, 2020. This is the third stipulation for extension of time for parties to file their Opening Briefs.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Plaintiff TODD EVANS initiated this request due to conflicting deadlines in other cases. Specifically, counsel Alina M. Shell is counsel in *In Re: D.O.T.*

*Litigation* (Eighth Judicial District Court Case No. A-19-787004-B). The court presiding over *In Re: D.O.T. Litigation* has set a discovery deadline of March 13, 2020, and scheduled a bench trial for April 20, 2020. The demands of completing discovery in this multi-party consolidated case in advance of trial has interfered with counsel's ability to complete the opening brief in this matter. Additionally, the undersigned's law office has recently begun transitioning to working remotely in light of the ongoing COVID-19 public health emergency. Accordingly, counsel requires additional time to adequately represent Mr. Evans' interests in this matter.

WHEREFORE, the parties respectfully request that this Court extend the deadline to file Opening Briefs (ECF No. 33) to up to and including April 20, 2020 and any Responses to be filed by May 8, 2020.

IT IS SO STIPULATED.

DATED this 18th day of March, 2020.          DATED this 18th day of March, 2020.

**MCLETCHIE LAW**                            **ATTORNEY GENERAL'S OFFICE**


*/s/ Alina M. Shell*                         */s/ Douglas R. Rands*
Margaret A. McLetchie, NBN 10931             Aaron D. Ford, Nevada Attorney General
Alina M. Shell, NBN 11711                    Douglas R. Rands, Nevada Bar No. 3572
701 E. Bridger Ave., Suite 520               100 N. Carson Street
Las Vegas, NV 89101                          Carson City, Nevada 89701-4717
*Attorneys of Plaintiff Todd Evans*          *Attorneys for Defendants*


**<u>ORDER</u>**

IT IS SO ORDERED.


*William G. Cobb*
HONORABLE JUDGE WILLIAM G. COBB
U.S. DISTRICT COURT JUDGE

DATED: <u>March 19, 2020</u>

MCLETCHIE LAW
ATTORNEYS AT LAW
701 EAST BRIDGER AVE., SUITE 520
LAS VEGAS, NV 89101
(702) 728-5300 (T) / (702) 425-8220 (F)
WWW.NVLITIGATION.COM