MARGARET A. MCLETCHIE, Nevada Bar No. 10931
ALINA M. SHELL, Nevada Bar No. 11711
**MCLETCHIE LAW**
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff Todd Evans*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TODD EVANS,<br><br>                    Plaintiff,<br><br>vs.<br><br>JAMES DZURENDA, *et al.*,<br><br>                    Defendants. | Case No.: 3:18-cv-00283-RCJ-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE AMENDED COMPLAINT**<br>**(ECF No. 41)**<br><br>**(SECOND REQUEST)** |

      Pursuant to LR IA 6-1, Plaintiff TODD EVANS and Defendants JAMES DZURENDA, ROMEO ARANAS, JOHN KEAST, DR. JONES, and DR. MAR (collectively "Defendants"), by and through their respective counsel, hereby stipulate and request that this Court extend the deadline for Plaintiff TODD EVANS to file his Amended Complaint, pursuant to Screening Order (ECF No. 41), by an additional thirty (30) days, extending the deadline from July 10, 2020 to August 10, 2020.

      This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This is the second request for an extension in this matter. This request for extension is based upon the following:

      Counsel for Plaintiff TODD EVANS initiated this request due to conflicting deadlines in other cases. Specifically, counsel Alina M. Shell is counsel in *In Re: D.O.T. Litigation* (Eighth Judicial District Court Case No. A-19-787004-B). Trial in that matter was

1

originally scheduled to begin on April 20, 2020. In light of the COVID-19 pandemic, that trial deadline was stayed indefinitely. However, on June 22, 2020, the district court notified the parties that trial in the *In re: D.O.T. Litigation* will begin on July 13, 2020, and will be conducted at an off-site location to comply with the social distancing guidelines promulgated by the Eighth Judicial District Court. Since the district court set trial in the *In re: D.O.T. Litigation* matter for July 13, 2020, the undersigned has had to dedicate substantial time to pretrial filings, completing depositions, participating in pretrial hearings, and other matters related to trial.  Accordingly, counsel requires additional time to adequately represent Mr. Evans' interests in this matter.

WHEREFORE, the parties respectfully request that this Court extend the deadline for Plaintiff to file his Amended Complaint to up to and including August 10, 2020.

IT IS SO STIPULATED.

DATED this 9th day of July, 2020.

**MCLETCHIE LAW**

*/s/ Alina M. Shell*
Margaret A. McLetchie, NBN 10931
Alina M. Shell, NBN 11711
701 E. Bridger Ave., Suite 520
Las Vegas, NV 89101
*Attorneys of Plaintiff Todd Evans*

DATED this 9th day of July, 2020.

**ATTORNEY GENERAL'S OFFICE**

*/s/ Douglas R. Rands*
Aaron D. Ford, Nevada Attorney General
Douglas R. Rands, Nevada Bar No. 3572
100 N. Carson Street
Carson City, Nevada 89701-4717
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

HONORABLE JUDGE WILLIAM G. COBB
U.S. MAGISTRATE JUDGE

DATED: July 9, 2020