MARGARET A. MCLETCHIE, Nevada Bar No. 10931
ALINA M. SHELL, Nevada Bar No. 11711
**MCLETCHIE LAW**
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff Todd Evans*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| TODD EVANS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JAMES DZURENDA, *et al.*,<br><br>　　　　　Defendants. | Case No.: 3:18-cv-00283-RCJ-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE AMENDED COMPLAINT**<br>**(ECF No. 41)**<br><br>**(THIRD REQUEST)** |

  Pursuant to LR IA 6-1, Plaintiff TODD EVANS and Defendants JAMES DZURENDA, ROMEO ARANAS, JOHN KEAST, DR. JONES, and DR. MAR (collectively "Defendants"), by and through their respective counsel, hereby stipulate and request that this Court extend the deadline for Plaintiff TODD EVANS to file his Amended Complaint, pursuant to Screening Order (ECF No. 41), by an additional thirty (30) days, extending the deadline from August 10, 2020 to September 9, 2020.

  This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This is the second request for an extension in this matter. This request for extension is based upon the following:

  Counsel for Plaintiff TODD EVANS initiated this request due to conflicting deadlines in other cases. Specifically, counsel Alina M. Shell is counsel in *In Re: D.O.T. Litigation* (Eighth Judicial District Court Case No. A-19-787004-B). Ms. Shell has been in

trial in the *In Re: D.O.T. Litigation* matter since July 13, 2020, and trial is scheduled to last through September. The undersigned has had to dedicate substantial time to participating in trial, and attending to matters related to trial. Accordingly, counsel requires additional time to adequately represent Mr. Evans' interests in this matter.

WHEREFORE, the parties respectfully request that this Court extend the deadline for Plaintiff to file his Amended Complaint to up to and including September 9, 2020.

IT IS SO STIPULATED.

DATED this 5th day of August, 2020.        DATED this 5th day of August, 2020.

**MCLETCHIE LAW**                                         **ATTORNEY GENERAL'S OFFICE**

*/s/ Alina M. Shell*                                              */s/ Douglas R. Rands*
Margaret A. McLetchie, NBN 10931        Aaron D. Ford, Nevada Attorney General
Alina M. Shell, NBN 11711                        Douglas R. Rands, Nevada Bar No. 3572
701 E. Bridger Ave., Suite 520                  100 N. Carson Street
Las Vegas, NV 89101                                  Carson City, Nevada 89701-4717
*Attorneys of Plaintiff Todd Evans*             *Attorneys for Defendants*

### ORDER

IT IS SO ORDERED.

_William G. Cobb_
HONORABLE JUDGE WILLIAM G. COBB
U.S. DISTRICT COURT JUDGE

DATED: August 6, 2020