MARGARET A. MCLETCHIE, Nevada Bar No. 10931
ALINA M. SHELL, Nevada Bar No. 11711
**MCLETCHIE LAW**
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff Todd Evans*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| TODD EVANS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JAMES DZURENDA, *et al.*,<br><br>　　　　　Defendants. | Case No.: 3:18-cv-00283-RCJ-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE AMENDED COMPLAINT**<br>**(ECF No. 41)**<br><br>**(FOURTH REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff TODD EVANS and Defendants JAMES DZURENDA, ROMEO ARANAS, JOHN KEAST, DR. JONES, and DR. MAR (collectively "Defendants"), by and through their respective counsel, hereby stipulate and request that this Court extend the deadline for Plaintiff TODD EVANS to file his Amended Complaint, pursuant to Screening Order (ECF No. 41), by an additional sixty (60) days, extending the deadline from September 9, 2020 to November 5, 2020.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This is the fourth request for an extension in this matter. This request for extension is based upon the following:

Counsel for Plaintiff TODD EVANS is class counsel in *In re: HCV Prison Litigation*, Case No. 3:19-cv-0577-MMD-CLB.4 In that suit, which has been certified as a class action (*see In re: HCV Prison Litigation*, ECF No. 21), the class representatives are

1

seeking declaratory and injunctive relief regarding NDOC's failure to provide treatment for chronic HCV. Pursuant to the Court's order certifying the class in the *In re: HCV Prison Litigation*, the class consists of all persons: (a) who are or will be in the legal custody of NDOC; (b) who have been incarcerated for at least 21 days and have at least 12 weeks remaining on their sentence; (c) who have been diagnosed with chronic HCV and are candidates for DAA treatment pursuant to the proper medical standard of care; and (d) for whom DAA treatment has been or will be denied, withheld, or delayed based on policies or considerations that deviate from the proper medical standard of care. (*In re: HCV Prison Litigation*, ECF No. 21, p. 17:17-23.)

The Court has conducted a multi-day settlement conference in that matter (*see In re: HCV Prison Litigation*, ECF Nos. 54, 55, and 59 (minutes of settlement conference).) The parties have submitted a proposed settlement (consent decree) to the Court for preliminary approval. (ECF No. 61.) The Court has scheduled a fairness hearing for October 27, 2020. (ECF No. 63 (amended minute order setting fairness hearing.) Because the proposed consent decree relates to Mr. Evans' claims regarding denial of treatment for his chronic HCV, this additional extension of time is necessary so that counsel can determine whether the Court will approve the consent decree, and to assess the impact of that consent decree on Mr. Evans' claims.

Counsel for Plaintiff TODD EVANS also requires this additional extension of time due to conflicting deadlines in other cases. Specifically, counsel Alina M. Shell is counsel in *In Re: D.O.T. Litigation* (Eighth Judicial District Court Case No. A-19-787004-B). Ms. Shell has been in trial in the *In Re: D.O.T. Litigation* matter since July 13, 2020. The first phase of trial ended on August 18, 2020, and the second phase of trial is scheduled to begin on September 8, 2020. The undersigned has had to dedicate substantial time to participating in trial and attending to matters related to trial.

Further, counsel for Mr. Evans has conflicting deadlines, such as dispositive motion filings due on September 9, 2020 in another matter, *Las Vegas Review-Journal v. Las Vegas Metropolitan Police Department*, Eighth Judicial District Court Case No. A-18-775378-W,

a Reply to Answer to Petition for Writ of Mandamus due on September 14, 2020 in *Joanna Sarah Weller v. Eighth Judicial District Court*, Nevada Supreme Court Case No. 81685, and a mediation statement due on September 16, 2020 in *Huffman, et al. v. Bertsch, CPA*, Nevada Supreme Court Case No. 81330. Accordingly, counsel requires additional time to adequately represent Mr. Evans' interests in this matter.

WHEREFORE, the parties respectfully request that this Court extend the deadline for Plaintiff to file his Amended Complaint to up to and including October 9, 2020.

IT IS SO STIPULATED.

DATED this 8th day of September, 2020.     DATED this 8th day of September, 2020.

**MCLETCHIE LAW**                           **ATTORNEY GENERAL'S OFFICE**

*/s/ Alina M. Shell*                        */s/ Douglas R. Rands*
Margaret A. McLetchie, NBN 10931            Aaron D. Ford, Nevada Attorney General
Alina M. Shell, NBN 11711                   Douglas R. Rands, Nevada Bar No. 3572
701 E. Bridger Ave., Suite 520              100 N. Carson Street
Las Vegas, NV 89101                         Carson City, Nevada 89701-4717
*Attorneys of Plaintiff Todd Evans*         *Attorneys for Defendants*

### ORDER

IT IS SO ORDERED.

_____
HONORABLE JUDGE WILLIAM G. COBB

DATED:          September 8, 2020.

3