MARGARET A. MCLETCHIE, Nevada Bar No. 10931
ALINA M. SHELL, Nevada Bar No. 11711
**MCLETCHIE LAW**
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff Todd Evans*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TODD EVANS,<br>　　　　　Plaintiff,<br><br>vs.<br><br>JAMES DZURENDA, *et al.*,<br>　　　　　Defendants. | Case No.: 3:18-cv-00283-RCJ-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE AMENDED COMPLAINT**<br>**(ECF No. 41)**<br><br>**(FIFTH REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff TODD EVANS and Defendants JAMES DZURENDA, ROMEO ARANAS, JOHN KEAST, DR. JONES, and DR. MAR (collectively "Defendants"), by and through their respective counsel, hereby stipulate and request that this Court extend the deadline for Plaintiff TODD EVANS to file his Amended Complaint, pursuant to Screening Order (ECF No. 41), by an additional thirty (30) days, extending the deadline from November 5, 2020 to December 7, 2020.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This is the fifth request for an extension in this matter. This request for extension is based upon the following:

Counsel for Plaintiff TODD EVANS requires this additional extension of time due to conflicting deadlines in other cases. Specifically, counsel for Mr. Evans has several conflicting state and federal court deadlines, such as a Reply Brief due on November 3, 2020 in *Las Vegas Review-Journal v. Las Vegas Metropolitan Police Department*, Eighth Judicial District Court Case No. A-20-811063-W which required substantial time and resources; an informal settlement conference on November 5, 2020 in a federal civil rights matter; an

1

Answer due on November 5, 2020 in *NuLeaf Inc. v. SH Parent, Inc.*, Eighth Judicial District Court Case No. A-20-813752-B; a hearing in state district court on November 5, 2020 in *Las Vegas Review-Journal v. Clark County School District*, Eighth Judicial District Court Case No. A-17-750151-W, an Arbitration Statement due on November 6, 2020 in *Colvin 1997 Trust v. Shelley Colvin*, Eighth Judicial District Court Case No. A-19-806162-C in advance of a November 20, 2020 arbitration; and contested hearings in state district court on November 5, 9 and 10, 2020.

Accordingly, counsel requires additional time to adequately represent Mr. Evans' interests in this matter.

WHEREFORE, the parties respectfully request that this Court extend the deadline for Plaintiff to file his Amended Complaint to up to and including December 7, 2020.

IT IS SO STIPULATED.

DATED this 4th day of November, 2020.                DATED this 4th day of November, 2020.

**MCLETCHIE LAW**                                                    **ATTORNEY GENERAL'S OFFICE**

*/s/ Alina M. Shell*                                                         */s/ Douglas R. Rands*
Margaret A. McLetchie, NBN 10931               Aaron D. Ford, Nevada Attorney General
Alina M. Shell, NBN 11711                              Douglas R. Rands, Nevada Bar No. 3572
701 E. Bridger Ave., Suite 520                         100 N. Carson Street
Las Vegas, NV 89101                                       Carson City, Nevada 89701-4717
*Attorneys of Plaintiff Todd Evans*                  *Attorneys for Defendants*

## **ORDER**

There shall be no further extensions granted barring unforeseen and extenuating circumstances.

IT IS SO ORDERED.

*William G. Cobb*
HONORABLE JUDGE WILLIAM G. COBB

DATED: November 5, 2020

2