**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TODD EVANS,

    Plaintiff

v.

JAMES DZURENDA, et al.,

    Defendants

Case No.: 3:18-cv-00283-RCJ-CSD

**Order**

Re: ECF No. 127

Before the court is Plaintiff's motion for an extension of time to file his response to Defendants' motion for summary judgment. (ECF No. 127.) Plaintiff's motion is **GRANTED**. Plaintiff has up to and including **November 14, 2022** to file and serve his response to Defendants' motion for summary judgment.

**IT IS SO ORDERED**.

Dated: September 28, 2022

_____
Craig S. Denney
United States Magistrate Judge