# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TODD EVANS, | Case No.: 3:18-CV-00283-RCJ-CSD |
| Plaintiff, | |
| vs. | ORDER |
| JAMES DZURENDA, *et al.*, | |
| Defendants. | |

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(b)(5). The Minutes of the Court (ECF No. 116) filed June 23, 2022, required the parties to file a joint pretrial order required by LR 26-1(b)(5) no later than October 21, 2022, or 30 days after the decision of any pending dispositive motions. The court adopted the Report and Recommendation (ECF No. 145) granting and denying in part Defendants' Motion for Summary Judgment (ECF No. 122) on May 22, 2023. The parties were, therefore, required to file a joint pretrial order by June 21, 2023. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file the joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **July 21, 2023.**

**IT IS SO ORDERED**.

Dated this 26th day of June 2023.

_____
ROBERT C. JONES
United States District Judge

1