UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| TODD EVANS, | Case No. 3:18-cv-00283-CSD |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JAMES DZURENDA, *et al.*, | |
| Defendants. | |

In light of the court's hearing granting Plaintiff's Motion for Appointment of Counsel (ECF No. 146), the Court will refer this case to the Pro Bono Program for counsel to be appointed for purposes of trial.

**IT IS HEREBY ORDERED** that this case is referred to the Pro Bono Program adopted in Amended General Order 2019-07 for the purpose of identifying counsel willing to be appointed as pro bono counsel for Plaintiff. The scope of appointment will be for the limited purposes of representing Plaintiff at trial. By referring this case to the Program, the Court is not expressing an opinion as to the merits of the case. Accordingly, this case is referred to the Pro Bono Program for appointment of counsel for the purposes as stated herein.

**IT IS FURTHER ORDERED** that the Clerk of Court forward this order to the Pro Bono Liaison.

**IT IS FURTHER ORDERED** that the Pro Bono Liaison shall advise counsel appointed that this case is set for jury trial (firm trial setting) on **Monday, May 20, 2024, at 9:00 a.m.** Therefore, appointed counsel shall be prepared to proceed to trial on said date and time.

DATED: October 23, 2023.

_____
CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE