# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TODD EVANS,

    Plaintiff

v.

JAMES DZURENDA, et al.,

    Defendants

Case No.: 3:18-cv-00283-CSD

**Order**

On October 23, 2023, the court ordered this case referred to the pro bono program adopted in Amended General Order 2019-07 for the purpose of identifying counsel willing to be appointed as pro bono counsel for Plaintiff. (ECF No. 178.) The court has been advised by the Pro Bono Program liaison that Plaintiff has not completed the required paperwork to participate in the Pro Bono Program despite the Pro Bono Coordinator's repeated attempts to reach out to him. Plaintiff must complete this paperwork within **30 days** of the date of this Order if he would like an attorney to represent him for free in this matter.

**IT IS SO ORDERED**.

Dated: November 30, 2023

                                                    Craig S. Denney
                                                  United States Magistrate Judge