# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TODD EVANS,

    Plaintiff

v.

JAMES DZURENDA, et al.,

    Defendants

Case No.: 3:18-cv-00283-CSD

**Order**
Re: ECF Nos. 152, 153, 154, 155, 156, 157

Plaintiff has filed:

(1) a motion for admissible evidence where he seeks an order allowing him to use documents regarding pituitary tumor, central nervous system, endocrine cerebral spinal, neuromyopathy, and myelomalacia (ECF No. 152);

(2) a motion to order Defendants to produce discovery documents from the beginning of the case in a one-sided format, bates stamped and with an index (ECF No. 153);

(3) a motion to grant the use of subpoenas to produce witnesses (ECF No. 154);

(4) a motion in limine that he be able to bring legal supplies to court (ECF No. 155);

(5) a motion to view electronic evidence for the jury in limine (ECF No. 156); and

(6) a motion to reopen discovery based on new evidence (ECF No. 157).

Plaintiff's motion for admissible evidence (ECF No. 152), motion for subpoenas for witnesses (ECF No. 154), motion to bring legal supplies to court (ECF No. 155) and motion regarding viewing electronic evidence (ECF No. 156) are **DENIED WITHOUT PREJUDICE**. The court has referred this matter to the pro bono panel, and it has still not been determined

whether pro bono counsel can be assigned to this case. Plaintiff may renew these motions if this matter proceeds and the court is unable to locate counsel for Plaintiff.

Plaintiff's motion to order Defendants to produce discovery from the beginning of the case in a one-sided format, bates stamped and with an index (ECF No. 153) is **DENIED**.

Plaintiff's motion to re-open discovery (ECF No. 157) is also **DENIED**. Plaintiff does not set forth any basis for reopening discovery at this late juncture when this matter has proceeded past summary judgment and is set for trial.

**IT IS SO ORDERED**.

Dated: January 16, 2024

_____
Craig S. Denney
United States Magistrate Judge