1  AARON D. FORD
     Attorney General
2  DOUGLAS R. RANDS, Bar No. 3572
     Senior Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, Nevada 89701-4717
   Tel: (775) 684-1150
5  E-mail: drands@ag.nv.gov

6  *Attorneys for Defendants*
   *James Dzurenda, Romeo Aranas,*
7  *and Marsha Johns*

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10 TODD EVANS,                              Case No.   3:18-cv-283-CSD

11                 Plaintiff,

12 v.                                    **STIPULATION FOR DISMISSAL WITH
                                                    PREJUDICE**
13 JAMES DZURENDA, et al.,

14                 Defendants.

15

16        Plaintiff, Todd Evans, (Plaintiff) by and through counsel, SNELL & WILMER,

17 L.L.P., John Delikanakis, Esq. and Erin Gettel, Esq. and Defendants, Nevada

18 Department of Corrections ("NDOC"), Marsha Johns and David Mar ("Defendants"), by

19 and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and

20 Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                                         1

1    action should be dismissed with prejudice by order of this Court, with each party to bear their own

2    costs.

3    DATED this ___9th___ day of July, 2025          DATED this 9th day of July, 2025

4    SNELL & WILMER, L.L.P.                          AARON D. FORD
                                                     Attorney General
5

6    By: _____
         John S. Delikanakis, Esq.                   By: /s/ *Douglas R. Rands*
7        Nevada Bar No. 5928                         DOUGLAS R. RANDS, Bar. No. 3572
         Erin Gettel, Esq.                           Senior Deputy Attorney General
8        Nevada Bar No. 13877                        *Attorneys for Defendants*
         *Attorneys for Plaintiffs*
9

10

11

12                                                   **IT IS SO ORDERED.**

13

14                                                   _____
                                                     **UNITED STATES JUDGE**
15
                                                     **DATED:** July 10, 2025
16

17

18

19

20

21

22

23

24

25

26

27

28

2